Case 1:26-cr-00249-CM Document 19 Filed 09/17/26 Page 1 of 2

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

MEMO ENDORSED

September 17, 2026

9-18-26

Case Adj to Oct. 21, 2026 At 12:30 — time Excluded through Oct 21, in the interest of justice.

**BY ECF**
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

**Re: *United States v. Jarif Uddin*, 26 Cr. 249 (CM)**

Dear Judge McMahon:

The Government respectfully writes on behalf of the parties to request an adjournment of the status conference in this matter, currently scheduled for September 21, 2026, at 12:30 p.m. The parties remain engaged in discussions about a possible pretrial disposition, which include the Government's consideration of an extensive written submission provided by the defendant. The parties have conferred and agree it would be productive and conserve judicial economies to adjourn the forthcoming status conference to allow the parties additional time to continue these discussions. Accordingly, the parties respectfully request that the Court adjourn the September 21, 2026 status conference for approximately 30 days, to a date on or after October 21, 2026.

This is the second request for an adjournment of the status conference. (Dkt. 15). The Court granted the parties' prior adjournment request. (Dkt. 16). There are no currently scheduled dates that would be affected by the requested adjournment.

Should the Court grant this adjournment request, the Government also requests, with the consent of the defendant, to exclude time under the Speedy Trial Act through the date of the rescheduled status conference. The proposed exclusion would permit the parties to continue to discuss a pretrial disposition that would obviate the need for a trial in this matter, and the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-18-26

Case 1:26-cr-00249-CM Document 19 Filed 09/17/26 Page 2 of 2



The parties thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
ANDREW N. STAHL
Special Assistant United States Attorney
(212) 637-2456

cc (by ECF): Amy Gallicchio, Esq.